Eastern District of Kentucky
FILED

SEP 26 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# PIKEVILLE

UNITED STATES OF AMERICA

V.　　　　　　　　　　　　　　　　　　INDICTMENT NO. 7:24-cr-017-KKC

AHMAD MOORE and
DEAN BLAIR

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
### 21 U.S.C. § 846

On or about June 20, 2024, in Floyd County and Pike County, in the Eastern District of Kentucky, and elsewhere,

**AHMAD MOORE and
DEAN BLAIR**

did conspire with each other, and others, to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about June 20, 2024, in Floyd County, in the Eastern District of Kentucky, and elsewhere,

**AHMAD MOORE and
DEAN BLAIR**

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**

███████████████████
**FOREPERSON**

*/s/ Wm S L*
**CARLTON S. SHIER, IV
UNITED STATES ATTORNEY**

## PENALTIES

## COUNTS 1 and 2:

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.